IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 10-126 |
| Plaintiff, | : | |
| v. | : | |
| ERNEST MUNOZ, | : | CIVIL NO. 12-4917 |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 16th day of January, 2013, upon consideration of the Defendant Ernest Munoz's "Motion Under § 2255 to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody" (Doc. 53), and Plaintiff, the United States of America's, Response in Opposition, it is hereby **ORDERED** that the Motion is **DENIED** and Defendant's claims are dismissed with **PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE